UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00145-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE** |
| BREYA GREEN, | |
| Defendant. | |
| _____/ | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release BREYA GREEN in case number 2:17-cr-00145-MCE, from custody for the following reason(s):

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | Other: Upon sentence of time served. |

Issued at Sacramento, California on March 22, 2018, at 10:39 a.m.

DATED: March 22, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE