IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:17-cr-00145-MCE |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| BREYA EMANI HELEN GREEN, | ) | |
| Defendant. | ) | |

The Federal Defender specially appeared on January 31, 2020. The court has agreed to appoint a panel attorney. CJA Panel attorney Shari Rusk is hereby appointed effective February 3, 2020, the date the Office of the Federal Defender contacted her.

Dated: February 5, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE