McGREGOR W. SCOTT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>BREYA EMANI GREEN,<br><br>              Defendants. | CASE NO. 2:17-CR-00145-MCE<br><br>STIPULATION AND ORDER WAIVING PRELIMINARY HEARING<br><br>DATE: February 10, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

## **STIPULATION**

The United States, by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. The defendant made her initial appearance in this matter on January 31, 2020, before the Honorable Kendall J. Newman.

2. At that initial appearance, the Court ordered the defendant to be detained pending resolution of this matter, and this matter was set for a Preliminary Hearing Re: Supervised Release Violation on February 10, 2020 at 2:00 p.m. before the Honorable Carolyn K. Delaney.

3. By this Stipulation, the defendant now waives her right to such Preliminary Hearing, and the parties now move to vacate the Preliminary Hearing currently scheduled for February 10, 2020.

4. By prior order, an Admit/Deny Hearing has already been set in this matter before the Honorable Morrison C. England, Jr. on July 2, 2020 at 10:00 a.m. However, as contemplated by that

same prior order, the parties agree that they will contact Judge England's chambers to schedule an earlier Admit/Deny Hearing date.

**IT IS SO STIPULATED.**

Dated: February 6, 2020					McGREGOR W. SCOTT
							United States Attorney

							By: /s/ AARON D. PENNEKAMP
							AARON D. PENNEKAMP
							Assistant United States Attorney

Dated: February 6, 2020					By: /s/ SHARI RUSK
							SHARI RUSK
							Attorney for Defendant

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 6, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE