

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00145-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| BREYA EMANI HELEN GREEN, | |
| Defendant. | |

TO:  THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release **BREYA EMANI HELEN GREEN** in case number 2:17-cr-00145-MCE, from custody for the following reason(s):

|     |     |
|---|---|
| \_\_\_\_\_ | Release on Personal Recognizance |
| \_\_\_\_\_ | Bail Posted in the Sum of $ |
| \_\_\_\_\_ | Unsecured Appearance Bond |
| \_\_\_\_\_ | Appearance Bond with 10% Deposit |
| \_\_\_\_\_ | Appearance Bond with Surety |
| \_\_\_\_\_ | Corporate Surety Bail Bond |
| X | Other:  Pursuant to the Court's sentence of TIME SERVED. |

Issued at Sacramento, California on May 7, 2020 at 11:18 a.m.

DATED:  May 7, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE